**Order entered January 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01452-CV**
**No. 05-18-01453-CV**

**IN THE BEST INTEREST AND PROTECTION OF B.J.**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MI-18-03203 and MED-18-80461**

## ORDER

These appeals involve an order of involuntary civil commitment of appellant and an order to administer psychoactive medication to appellant. We **ORDER** appellant to file her briefs in these appeals by **January 14, 2019**.

/s/ ADA BROWN
JUSTICE